IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| F09040052 | ] | |
| Beal Bank S.S.B. | ] | |
| | ] | |
| Plaintiff, | ] | CASE NO.   1:09-CV-4013 |
| | ] | |
| vs. | ] | |
| | ] | Hon. Judge: Ronald A. Guzman |
| Charles T. Brown; Pamela Brown | ] | |
| Defendants. | ] | |
| | ] | |

**MOTION FOR ENTRY OF CONSENT JUDGMENT OF FORECLOSURE**

NOW COMES Plaintiff, Beal Bank S.S.B., by and through its attorneys, Freedman Anselmo Lindberg LLC, and moves this Court, pursuant to and in accordance with the Stipulation for entry of a Consent Judgment of Foreclosure and Sale, containing, among other things, a finding of the waiver of the right of redemption in this cause, and a waiver of any and all rights to a personal judgment for deficiency against the Defendant-mortgagor and against all other persons liable for the indebtedness or other obligations secured by the trust deed, and in support thereof, states:

1. Plaintiff has offered to waive any right to a personal deficiency judgment against the Defendants and all others obligated under the mortgage in exchange for a consent foreclosure. Defendant(s) Charles T. Brown and Pamela Brown has/have agreed to the entry of a Consent Judgment of Foreclosure.

2. Pursuant to 735 ILCS 5/15-1402, Plaintiff waives any and all rights to a personal judgment for deficiency against Defendant(s), CHARLES T. BROWN and PAMELA BROWN, and against all other persons liable for the indebtedness.

WHEREFORE, the Plaintiff, Beal Bank S.S.B., requests that this Court enter a Consent Judgment of Foreclosure, containing, among other things, a finding of the waiver of the right of redemption in this cause and for any further relief this Court deems equitable and just.

  /s/ Douglas A. Oliver
One of the Attorneys for Plaintiff

Freedman Anselmo Lindberg LLC
1807 W. Diehl Road, Suite 333
Naperville, IL  60563-1890
foreclosures@falrlaw.com
630-983-0770     866-402-8661
630-983-7888 (fax)