IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F09040052
Beal Bank S.S.B.

              Plaintiff,

-vs.-

Charles T. Brown;
Pamela Brown

              Defendant.

Case No.: 1:09-cv-4013

Hon. Judge: Ronald A. Guzman

## STIPULATION

The undersigned, hereby voluntarily consent and agree to the entry of a Judgment of Foreclosure by consent and in accordance with Section 15-1402 of the Illinois Code of Civil Procedure satisfying the mortgage indebtedness to the Plaintiff by vesting absolute title to the mortgaged real estate in the mortgagee.

_/s/ Charles T. Brown_            Dated: 3-25-2010

_/s/ Pamela D. Brown_            Dated: 3-25-2010

FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No. Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Robert Rappe- 6201817 Doug Oliver - 6273607, Barbara Nilsen- 6287524
Clay R. Mosberg- 1972316, Karl V. Meyer- 6220397, Michael S. Bablo- 6236653
Adam J. Wilde- 6301184, Jason A. Newman, Of Counsel,- 6275591, Cook- 39765