IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F09040052
Beal Bank S.S.B.

      Plaintiff,

-vs.-

Charles T. Brown;
Pamela Brown
      Defendant.

Case No.: 1:09-cv-4013

Hon. Judge: Ronald A. Guzman

**AFFIDAVIT FOR JUDGMENT**
735 ILCS 5/15-1506(a)(1)

NOW COMES _Michelle Conner_ after being duly sworn under oath, and states as follows:

1. That my name is _Michelle Conner_, and I am an employee of MGC Mortgage, and authorized to execute this affidavit on behalf of Beal Bank S.S.B. I have personal knowledge of the facts stated in this affidavit made pursuant to 735 ILCS 5/15-1506, and if called to testify in the above entitled case, I would completely and competently testify as to the following facts.

2. That I am familiar with the account of Charles T. Brown, and the Plaintiff is the current holder of the Note and Mortgage which form the basis of this action. I have reviewed the records with respect to this particular account and I have personal knowledge as to the amounts currently due on this account as set forth below.

3. That attached to the complaint in the above referenced action is a true and correct copy of the Note and Mortgage which form the basis of this action and they are specifically incorporated herein by reference.

4.  The mortgagor failed to make payments in accordance with the Note sued on herein and the loan is due for the December 1, 2008 payment. Plaintiff elected to accelerate the indebtedness pursuant to the terms of the Mortgage and Note, and there is due and owing as of September 27, 2010, the following sums:

    | | |
    |---|---:|
    | Principal Balance | $106,054.73 |
    | Interest | $19,575.79 |
    | Suspense | $1,346.92 |
    | Escrow | $6,591.93 |
    | BPO/Appraisals | $280.00 |
    | Total | $133,849.37 |

5.  Attached hereto as Exhibit A is a true and correct copy of the account history of the mortgage loan which is the subject matter of this cause of action. Exhibit A was created and stored in the normal course of business by Plaintiff. The facts and events set forth in Exhibit A were recorded by Plaintiff at or near the time of the events they describe. The computer system used to apply mathematical calculations relative to the account in question is equal to or exceeds industry standards and is regularly audited for accuracy by trained and licensed actuaries and/or certified public accountants.

6.  Exhibit A shows the calculations of the balance due after each transaction relative to the mortgage loan which is the subject matter of this cause of action. It covers all transactions relative to the note and mortgage concerned in the above-referenced action.

7.  Exhibit A shows, in detail, how Plaintiff arrived at the above principal balance and late charges due. The principal balance due and the "paid through date" are used to calculate the interest due.

8.  I have personal knowledge, from reviewing the loan file in question, that the figures recited above for Hazard Insurance, Taxes, Broker's Opinion/Appraisals, and Property Inspections are each derived from actual expenses paid by Plaintiff in order to protect its security interest in the property.

9.  That the undersigned, under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, certifies that the statements set forth in this instrument are true and correct.

WHEREFORE, your affiant sayeth not.

By: _Michelle Conner_

STATE OF Texas )

COUNTY OF Collin )

SUBSCRIBED AND SWORN TO BEFORE ME THIS

Dated: 12-15-2010

_Karen Shortino_
Notary Public

KAREN SHORTINO
Notary Public, State of Texas
My Commission Expires
March 31, 2013

Freedman Anselmo Lindberg LLC
1807 W. Diehl Road, Suite 333
Naperville, IL 60563-1890
630-983-0770    866-402-8661
630-983-7888 (fax)
foreclosures@falrlaw.com